UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of September, two thousand twenty-five,

Mulhern Gas Co., Inc., New York State Builders Association, National Association of Home Builders, New York Propane Gas Association, National Propane Gas Association, Northeast Hearth, Patio and Barbecue Association, Plumbing Contractors Association of Long Island, Licensed Plumbing Association of New York City, Inc., DBA Master Plumbers Council of the City of New York, Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Plumbers Local Union No. 200, Transport Workers Union Local 101, AFL-CIO,

        Plaintiffs - Appellants,

 v.

Walter T. Mosley, in his official capacity as New York Secretary of State and member of the State Fire Prevention and Building Code Council, formerly known as Robert J. Rodriguez,

        Defendant - Appellee,

New York Geothermal Energy Organization, PUSH Buffalo,

        Intervenor-Defendants,

New York Department of State, New York State Fire Prevention and Building Code Council, James Cable, in their official capacities as members of the State Fire Prevention and Building Code Council, RuthAnne Visnauskas, in their official capacities as members of the State Fire Prevention and Building Code Council, Roberta Reardon, in their official capacities as members of the State Fire Prevention and Building Code Council, Eric Adams, in their official capacities as members of the State Fire Prevention and Building Code Council, Michael Spano, in their official capacities as members of the State Fire Prevention and Building Code Council,

**ORDER**
Docket No. 25-2041

Joseph M. DeStefano, in their official capacities as members of the State Fire Prevention and Building Code Council, Claudia Braymer, in their official capacities as members of the State Fire Prevention and Building Code Council, Joseph Toomey, in their official capacities as members of the State Fire Prevention and Building Code Council, Shawn Hamlin, in their official capacities as members of the State Fire Prevention and Building Code Council, Timothy DeRuyscher, in their official capacities as members of the State Fire Prevention and Building Code Council, Robert Hughes, in their official capacities as members of the State Fire Prevention and Building Code Council, William W. Tuyn, in their official capacities as members of the State Fire Prevention and Building Code Council, Patrick Dolan, in their official capacities as members of the State Fire Prevention and Building Code Council, Dominic Marinelli, in their official capacities as members of the State Fire Prevention and Building Code Council,

        Defendants.

_____

        Counsel for Appellant Mulhern Gas Co., Inc., et al. has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 3, 2025 as the brief filing date.

        It is HEREBY ORDERED that Appellant's brief must be filed on or before October 3, 2025. The appeal is dismissed effective October 3, 2025 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court