United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**                                **CATHERINE O'HAGAN WOLFE**
CHIEF JUDGE                                             CLERK OF COURT

Date: October 7, 2025                                   DC Docket #: 1:23-cv-1267
Docket #: 25-2041                                       DC Court: NDNY (SYRACUSE)
Short Title: Mulhern Gas Co., Inc. v. Mosley            DC Judge: Trial Judge - Glenn T. Suddaby

**NOTICE OF DEFECTIVE FILING**

On October 03, 2025 the Brief, on behalf of the Appellant Mulhern Gas Co., Inc., et al., was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
    for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
  **XX**    **Defective cover** *(FRAP 32)*
        **XX**   **Incorrect caption** *(FRAP 32)* – missing "Defendants" listed at bottom, see "*Other*" below
        _____ Wrong color cover *(FRAP 32)*
        _____ Docket number font too small *(Local Rule 32.1)*
    _____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

__  XX   Other: Incomplete caption. Please correct the caption by listing the "Defendants" and refile your Joint Appendix under the same filing type as your previous filing "*Appellant-Petitioner Brief FILED*".__

---

**Mulhern Gas Co., Inc., New York State Builders Association, National Association of Home Builders, New York Propane Gas Association, National Propane Gas Association, Northeast Hearth, Patio and Barbecue Association, Plumbing Contractors Association of Long Island, Licensed Plumbing Association of New York City, Inc.,  DBA Master Plumbers Council of the City of New York, Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Plumbers Local Union No. 200, Transport Workers Union Local 101, AFL-CIO,**

       **Plaintiffs - Appellants,**

  v.

**Walter T. Mosley, in his official capacity as New York Secretary of State and member of the State Fire Prevention and Building Code Council, formerly known as Robert J. Rodriguez,**

       **Defendant - Appellee,**

**New York Geothermal Energy Organization, PUSH Buffalo,**

       **Intervenor-Defendants,**

*New York Department of State, New York State Fire Prevention and Building Code Council, James Cable, in their official capacities as members of the State Fire Prevention and Building Code Council, RuthAnne Visnauskas, in their official capacities as members of the State Fire Prevention and Building Code Council, Roberta Reardon, in their official capacities as members of the State Fire Prevention and Building Code Council, Eric Adams, in their official capacities as members of the State Fire Prevention and Building Code Council, Michael Spano, in their official capacities as members of the State Fire Prevention and Building Code Council, Joseph M. DeStefano, in their official capacities as members of the State Fire Prevention and Building Code Council, Claudia Braymer, in their official capacities as members of the State Fire Prevention and Building Code Council, Joseph Toomey, in their official capacities as members of the State Fire Prevention and Building Code Council, Shawn Hamlin, in their official capacities as members of the State Fire Prevention and Building Code Council, Timothy DeRuyscher, in their official capacities as members of the State Fire Prevention and Building Code Council, Robert Hughes, in their official capacities as members of the State Fire Prevention and Building Code Council, William W. Tuyn, in their official capacities as members of the State Fire Prevention and Building Code Council, Patrick Dolan, in their official capacities as members of the State Fire Prevention and Building Code Council, Dominic Marinelli, in their official capacities as*

> *members of the State Fire Prevention and Building Code Council,*
>
>     *Defendants.*

**If hard copies of your Brief was already sent to the Court**, *please send corrected covers only*.

    Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **October 09, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

    Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.