

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### SUPPLEMENTAL ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on November 18, 2025 the Honorable Glenn T. Suddaby approved a Stipulation settling the motion for injunction (Dkt. No. 70) pending appeal. This notice serves to inform you of this information.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 18th day of November, 2025.

By:     Shelly Muller
        Deputy Clerk

Clerk of Court

### Case Information

Case Name & Case No.     Mulhern Gas Co. Inc., et al. v. Mosley, et al., 1:23-cv-1267
Docket No. of Appeal:         68
Document Appealed:         67 - Judgment

Fee Status:     Paid

Counsel:     Retained

Time Status:     Timely

APPEAL,CLOSED

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.4)] (Albany)
## CIVIL DOCKET FOR CASE #: 1:23–cv–01267–GTS–PJE
### *Internal Use Only*

Mulhern Gas Co., Inc. et al v. Mosley, et al
Assigned to: U.S. District Judge Glenn T Suddaby
Referred to: Magistrate Judge Paul J. Evangelista
Cause: 28:2201 Declaratory Judgement

Date Filed: 10/12/2023
Date Terminated: 08/21/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Mulhern Gas Co., Inc.**                represented by    **Caroline M. Walters**
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue – Suite 14d
New York, NY 10017
650–623–1415
Fax: 650–623–1449
Email: cwalters@reichmanjorgensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
Reichman Jorgensen Lehman & Feldberg LLP
1201 West Peachtree Street – Suite 2300
Atlanta, GA 30309
650–623–1401
Email: sjorgensen@reichmanjorgensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
650–623–5070
Fax: 650–560–3501
Email: bbaran@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway – Suite 300
Redwood Shores, CA 94065
650–623–1401
Fax: 650–623–1449
Email: creichman@reichmanjorgensen.com
*ATTORNEY TO BE NOTICED*

*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**New York State Builders Association**          represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**National Association of Home Builders**          represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**New York Propane Gas Association**          represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**National Propane Gas Association**          represented by          **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**Northeast Hearth, Patio and Barbecue Association**          represented by          **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

<u>**Plaintiff**</u>

**Plumbing Contractors Association of
Long Island**

represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

<u>**Plaintiff**</u>

**Licensed Plumbing Association of New
York City, Inc.**
*doing business as*
Master Plumbers Council of the City of
New York

represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**Holmes Mech. LLC**

represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**International Brotherhood of Electrical Workers Local 1049**

represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**Plumbers Local Union No. 200**

represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**International Brotherhood of Electrical Workers Local Union 97**

represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

**Plaintiff**

**Transport Workers Union Local 101, AFL–CIO**

represented by **Caroline M. Walters**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Sarah Jorgensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Brian C. Baran**
(See above for address)
*ATTORNEY TO BE NOTICED*

*Bar Status: Phv*
*Fee Status: paid*

**Courtland L. Reichman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*
*Fee Status: paid*

V.

**<u>Defendant</u>**

**Walter T. Mosley**
*in his official capacity as New York*
*Secretary of State and member of the*
*State Fire Prevention and Building Code*
*Council*
*formerly known as*
Robert J. Rodriguez

represented by **Christopher C. Gore**
NYS Office of The Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
716–852–6295
Email: <u>christopher.gore@ag.ny.gov</u>
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Gavin G. McCabe**
Natural Resources Defense Council
40 West 20th Streeet, 11th Floor
New York, NY 10011
212–727–4529
Email: <u>gmccabe@nrdc.org</u>
*TERMINATED: 02/28/2025*
*Bar Status: Active*
*Fee Status: paid_2023*

**Laura Mirman–Heslin**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212–416–6091
Fax: 212–416–8446
Email: <u>laura.mirman–heslin@ag.ny.gov</u>
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
NYS Office of The Attorney General
Main Place Tower, Suite 300A
350 Main Street
Buffalo, NY 14202
716–853–8465
Fax: 716–853–8571
Email: <u>Timothy.Hoffman@ag.ny.gov</u>
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**<u>Defendant</u>**

**New York Department of State**
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**New York State Fire Prevention and Building Code Council**
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**James Cable**
*in their official capacities as members of the State Fire Prevention and Building Code Council*
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**RuthAnne Visnauskas**
*in their official capacities as members of*
*the State Fire Prevention and Building*
*Code Council*
***TERMINATED: 08/29/2024***

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Roberta Reardon**
*in their official capacities as members of*
*the State Fire Prevention and Building*
*Code Council*
***TERMINATED: 08/29/2024***

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Eric Adams**
*in their official capacities as members of*
*the State Fire Prevention and Building*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*

*Code Council*
*TERMINATED: 08/29/2024*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Michael Spano**
*in their official capacities as members of the State Fire Prevention and Building Code Council*
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Joseph M. DeStefano**
*in their official capacities as members of the State Fire Prevention and Building Code Council*
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Claudia Braymer**                     represented by     **Gavin G. McCabe**
*in their official capacities as members of*               (See above for address)
*the State Fire Prevention and Building*                   *LEAD ATTORNEY*
*Code Council*                                             *ATTORNEY TO BE NOTICED*
*TERMINATED: 08/29/2024*                                   *Bar Status: Active*
                                                           *Fee Status: paid_2023*

                                                           **Christopher C. Gore**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: waived_2025*

                                                           **Laura Mirman–Heslin**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: waived_2025*

                                                           **Timothy L. Hoffman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: waived_2025*

**Defendant**

**Joseph Toomey**                       represented by     **Gavin G. McCabe**
*in their official capacities as members of*               (See above for address)
*the State Fire Prevention and Building*                   *LEAD ATTORNEY*
*Code Council*                                             *ATTORNEY TO BE NOTICED*
*TERMINATED: 08/29/2024*                                   *Bar Status: Active*
                                                           *Fee Status: paid_2023*

                                                           **Christopher C. Gore**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: waived_2025*

                                                           **Laura Mirman–Heslin**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: waived_2025*

                                                           **Timothy L. Hoffman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: Active*
                                                           *Fee Status: waived_2025*

**Defendant**

**Shawn Hamlin**
*in their official capacities as members of
the State Fire Prevention and Building
Code Council*
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Timothy DeRuyscher**
*in their official capacities as members of
the State Fire Prevention and Building
Code Council*
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Robert Hughes**
*in their official capacities as members of
the State Fire Prevention and Building
Code Council*
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**<u>Defendant</u>**

**William W. Tuyn**
*in their official capacities as members of the State Fire Prevention and Building Code Council*
***TERMINATED: 08/29/2024***

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**<u>Defendant</u>**

**Patrick Dolan**
*in their official capacities as members of the State Fire Prevention and Building Code Council*
***TERMINATED: 08/29/2024***

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Defendant**

**Dominic Marinelli**
*in their official capacities as members of
the State Fire Prevention and Building
Code Council*
*TERMINATED: 08/29/2024*

represented by **Gavin G. McCabe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2023*

**Christopher C. Gore**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Laura Mirman–Heslin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Timothy L. Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**Amicus**

**Air Conditioning, Heating, and
Refrigeration Institute**

represented by **Erik T. Koons**
Baker Botts LLP
700 K St. NW
Washington, DC 20001
202–639–7973
Email: erik.koons@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Amicus**

**Sierra Club**

represented by **Bridget Lee**
Sierra Club
50 F Street NW
Washington, DC 20001
845–323–5493
Fax: 202–547–6009
Email: bridget.lee@sierraclub.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2024*

**Amicus**

**Guarini Center on Environmental,
Energy and Land Use Law**
*Guarini Center on Environmental,
Energy and Land Use Law*

represented by **Nathaniel Mattison**
Guarini Center on Environmental, Energy
and Land Use Law
139 MacDougal Street – Wilf Hall – Ste
3rd Floor
New York, NY 10012
914–646–9851
Email: nrm347@nyu.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*
*Fee Status: paid_2025*

V.

**Intervenor**

**New York Geothermal Energy Organization**                    represented by **Dror Ladin**
Earthjustice
48 Wall Street,15th Floor
New York, NY 10005
917–410–8701
Email: dladin@earthjustice.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2024*

**Meagan Burton**
Earthjustice
48 Wall Street,15th Floor
New York, NY 10005
212–823–4982
Email: mburton@earthjustice.org
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2024*

**Intervenor**

**PUSH Buffalo**                    represented by **Dror Ladin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2024*

**Meagan Burton**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2024*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/12/2023 | 1 | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF against Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, New York State Fire Prevention and Building Code Council, Roberta Reardon, Robert J. Rodriguez, Michael Spano, Joseph Toomey, William W. Tuyn, RuthAnne Visnauskas (Filing fee $402 receipt number ANYNDC–6474639) filed by International Brotherhood of Electrical Workers Local Union 97, Plumbers Local Union No. 200, National Association of Home Builders, Holmes Mech, LLC, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., Northeast Hearth, Patio and Barbecue Association, National Propane Gas Association, International Brotherhood of Electrical Workers Local 1049, Transport Workers Union Local 101, AFL–CIO, New York State Builders Association, New York Propane Gas Association, Plumbing Contractors Association of Long Island. (Attachments: # 1 Civil Cover Sheet)(khr) (Entered: 10/12/2023) |
| 10/12/2023 | 2 | Summons Issued as to Robert J. Rodriguez. (Attachments: # 1 Summons issued as to New York Department of State, # 2 Summons issued as to NYS Fire Prevention and |

|  |  | Building Code Council, # 3 Summons issued as to James Cable, # 4 Summons issued as to RuthAnne Visauskas, # 5 Summons issued as to Roberta Reardon, # 6 Summons issued as to Eric Adams, # 7 Summons issued as to Michael Spano, # 8 Summons issued as to Joseph M. DeStefano, # 9 Summons issued as to Claudia Braymer, # 10 Summons issued as to Joseph Toomey, # 11 Summons issued as to Shawn Hamlin, # 12 Summons issued as to Timothy DeRuyscher, # 13 Summons issued as to Robert Hughes, # 14 Summons issued as to William W. Tuyn, # 15 Summons issued as to Patrick Dolan, # 16 Summons issued as to Dominic Marinelli)(khr, ) (Entered: 10/12/2023) |
|---|---|---|
| 10/12/2023 | 3 | NOTICE OF ADMISSION REQUIREMENT as to Party Plaintiffs; Attorney Courtland L. Reichman, Brian C. Baran, Email address is creichman@reichmanjorgensen.com; bbaran@reichmanjorgensen.com. Phone number is 650−623−1401; 202−864−7310. Admissions due by 10/26/2023. (khr)(Copy of Notice was emailed to each attorney along with a copy of the General Order #25) (Entered: 10/12/2023) |
| 10/12/2023 | 4 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 1/10/2024 09:30 AM in Albany before Magistrate Judge Christian F. Hummel. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 1/3/2024. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (khr) (Entered: 10/12/2023) |
| 10/13/2023 | 5 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL−CIO. (Jorgensen, Sarah) (Entered: 10/13/2023) |
| 10/19/2023 | 6 | MOTION for Limited Admission Pro Hac Vice of Brian C. Baran Filing fee $100, receipt number ANYNDC−6483659. (Attachments: # 1 Declaration of Sponsor − Sarah O. Jorgensen, # 2 Petition for Admission, # 3 Attorney E−Filing Registration Form, # 4 Certificate of Good Standing, # 5 Proposed Order/Judgment) Motions referred to Christian F. Hummel. (Jorgensen, Sarah) (Entered: 10/19/2023) |
| 10/19/2023 | 7 | MOTION for Limited Admission Pro Hac Vice of Courtland L. Reichman Filing fee $100, receipt number ANYNDC−6483952. (Attachments: # 1 Declaration of Sponsor − Sarah O. Jorgensen, # 2 Petition for Admission, # 3 Attorney E−Filing Registration Form, # 4 Certificate of Good Standing, # 5 Proposed Order/Judgment) Motions referred to Christian F. Hummel. (Jorgensen, Sarah) (Additional attachment(s) added on 10/30/2023: # 6 Supplement Courts of Admission) (tad, ) (Entered: 10/19/2023) |
| 10/23/2023 | 8 | TEXT ORDER granting 6 Motion for Limited Admission Pro Hac Vice of Brian C. Baran, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions−nextgen. Authorized by Magistrate Judge Christian F. Hummel on 10/23/2023. (tab) (Entered: 10/23/2023) |
| 10/23/2023 | 9 | TEXT ORDER granting 7 Motion for Limited Admission Pro Hac Vice of Courtland L. Reichman, Esq. Counsel is hereby advised that as of January 16, 2018, the NYND has converted to NextGen. Due to this conversion, you must now register for Pro Hac Vice access through your PACER account. **This is the only notice you will receive concerning this requirement. You will not have access to electronically file in this case until your Pro Hac Vice request has been processed through the PACER system.** Step−by−step instructions on how to complete this process are available at http://www.nynd.uscourts.gov/attorney−admissions−nextgen. Authorized by Magistrate Judge Christian F. Hummel on 10/23/2023. (tab) (Entered: 10/23/2023) |

| | | |
|---|---|---|
| 10/24/2023 | 10 | NOTICE OF APPEARANCE by Laura Mirman–Heslin on behalf of All Defendants (Mirman–Heslin, Laura) (Entered: 10/24/2023) |
| 10/25/2023 | 11 | Letter Motion from all parties stipulating to accept service and extend time to respond to complaint for Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, New York State Fire Prevention and Building Code Council, Roberta Reardon, Robert J. Rodriguez, Michael Spano, Joseph Toomey, William W. Tuyn, RuthAnne Visnauskas requesting that the stipulation be so ordered. submitted to Judge Hon. Christian F. Hummel . (Mirman–Heslin, Laura) (Entered: 10/25/2023) |
| 10/25/2023 | 12 | TEXT ORDER granting 11 Letter Motion from all parties stipulating to accept service and extend time to respond to complaint for Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, et al. : Defendant's answer is due by 12/18/2023. Authorized by Magistrate Judge Christian F. Hummel on 10/25/2023. (tab) (Entered: 10/25/2023) |
| 10/26/2023 | 13 | NOTICE OF APPEARANCE by Brian C. Baran on behalf of All Plaintiffs (Baran, Brian) (Entered: 10/26/2023) |
| 10/26/2023 | 14 | NOTICE OF APPEARANCE by Courtland L. Reichman on behalf of All Plaintiffs (Reichman, Courtland) (Entered: 10/26/2023) |
| 11/01/2023 | 15 | NOTICE OF APPEARANCE by Christopher C. Gore on behalf of All Defendants (Gore, Christopher) (Entered: 11/01/2023) |
| 12/13/2023 | 16 | STIPULATION *and [PROPOSED] Order Deferring Rule 26(A)(1) Initial Disclosures* by Mulhern Gas Co., Inc. submitted to Judge Christian F. Hummel. (Jorgensen, Sarah) (Entered: 12/13/2023) |
| 12/15/2023 | 17 | ORDER approving 16 Stipulation filed by Mulhern Gas Co., Inc. DEFERRING RULE 26(A)(1) INITIAL DISCLOSURES. Signed by Magistrate Judge Christian F. Hummel on 12/15/2023. (tab) (Entered: 12/15/2023) |
| 12/18/2023 | 18 | NOTICE OF APPEARANCE by Gavin G. McCabe on behalf of All Defendants (McCabe, Gavin) (Entered: 12/18/2023) |
| 12/18/2023 | 19 | MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, New York State Fire Prevention and Building Code Council, Roberta Reardon, Robert J. Rodriguez, Michael Spano, Joseph Toomey, William W. Tuyn, RuthAnne Visnauskas. Motion returnable before Judge Suddaby Response to Motion due by 1/8/2024. Reply to Response to Motion due by 1/16/2024 (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Declaration Certifying Service via ECF) (McCabe, Gavin) (Entered: 12/18/2023) |
| 12/21/2023 | 20 | NOTICE OF APPEARANCE by Timothy L. Hoffman on behalf of All Defendants (Hoffman, Timothy) (Entered: 12/21/2023) |
| 12/26/2023 | 21 | TEXT NOTICE: The Rule 16 Initial Conference scheduled for 1/10/2024 at 9:30am before Magistrate Judge Christian F. Hummel and the deadline to submit a proposed Civil Case Management Plan and exchange Mandatory Disclosures are ADJOURNED without date pending a decision on the dispositive motion. (tab) (Entered: 12/26/2023) |
| 01/08/2024 | 22 | RESPONSE in Opposition re 19 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, *Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction* filed by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO. |

| | | |
|---|---|---|
| | | (Jorgensen, Sarah) (Entered: 01/08/2024) |
| 01/09/2024 | 23 | STIPULATION re 22 Response in Opposition to Motion,,, 19 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, by Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, New York State Fire Prevention and Building Code Council, Roberta Reardon, Robert J. Rodriguez, Michael Spano, Joseph Toomey, William W. Tuyn, RuthAnne Visnauskas submitted to Judge Hummel. (McCabe, Gavin) (Entered: 01/09/2024) |
| 01/09/2024 | 24 | TEXT ORDER granting Defendants' an extension of time to file their reply brief to the 19 Motion to Dismiss on or before January 23, 2024. SO ORDERED by U.S. District Judge Glenn T Suddaby on 1/9/2024. (sal ) (Entered: 01/09/2024) |
| 01/23/2024 | 25 | REPLY to Response to Motion re 19 MOTION to Dismiss for Lack of Subject Matter Jurisdiction filed by Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, filed by Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, New York State Fire Prevention and Building Code Council, Roberta Reardon, Robert J. Rodriguez, Michael Spano, Joseph Toomey, William W. Tuyn, RuthAnne Visnauskas. (Attachments: # 1 Exhibit(s), # 2 Declaration of Service by ECF)(McCabe, Gavin) (Entered: 01/23/2024) |
| 07/31/2024 | 26 | NOTICE by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO *Notice of Supplemental Authority Regarding Plaintiffs' Opposition to Defendants' Motion to Dismiss* (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D)(Jorgensen, Sarah) (Entered: 07/31/2024) |
| 08/05/2024 | 27 | NOTICE by Eric Adams, Claudia Braymer, James Cable, Timothy DeRuyscher, Joseph M. DeStefano, Patrick Dolan, Shawn Hamlin, Robert Hughes, Dominic Marinelli, New York Department of State, New York State Fire Prevention and Building Code Council, Roberta Reardon, Robert J. Rodriguez, Michael Spano, Joseph Toomey, William W. Tuyn re 26 Notice (Other),,, *Response to Plaintiffs' Notice of Supplemental Authority* (McCabe, Gavin) (Entered: 08/05/2024) |
| 08/29/2024 | 28 | DECISION AND ORDER that Defendants' motion to dismiss (Dkt. No. 19 ) is GRANTED in part and DENIED in part without prejudice, such that Plaintiff's claims against Defendants New York Department of State, Code Council, and members of the Code Council sued in their official capacity are DISMISSED without prejudice pursuant to the Eleventh Amendment. Signed by U.S. District Judge Glenn T Suddaby on 8/29/2024. (sal ) (Entered: 08/29/2024) |
| 08/29/2024 | | ***Answer due date updated for Robert J. Rodriguez answer due 9/12/2024. (sal) (Entered: 08/29/2024) |
| 09/12/2024 | 29 | ANSWER to 1 Complaint, by Walter T. Mosley.(Mirman–Heslin, Laura) Modified on 9/16/2024 to delete terminated Defendants and change Defendant to Walter T. Mosley pursuant to FR.CP25(d) (tll). (Entered: 09/12/2024) |
| 09/12/2024 | 30 | COURT NOTICE of Conference: The Initial Conference is now set for 10/9/2024 @ 10:30 AM before Magistrate Judge Christian F. Hummel. The Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 10/2/2024. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518–217–2288 and use Conference ID 516 826 306 # to connect to the conference call** (tab) (Entered: 09/12/2024) |

| | | |
|---|---|---|
| 09/16/2024 | | Per Chambers, Clerk changed name of Defendant and Case title from Robert J. Rodriguez to Walter T. Mosley per footnote on page 1 of docket 29 and per FR.CP 25(d). (tll) (Entered: 09/16/2024) |
| 09/18/2024 | 31 | STIPULATION *and [Proposed] Order Deferring Rule 26(A)(1) Initial Disclosures* by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO submitted to Judge Christian F. Hummel. (Jorgensen, Sarah) (Entered: 09/18/2024) |
| 09/23/2024 | 32 | TEXT ORDER approving 31 Stipulation: DEFERRING RULE 26(A)(1) INITIAL DISCLOSURES. Authorized by Magistrate Judge Christian F. Hummel on 9/23/2024. (tab) (Entered: 09/23/2024) |
| 10/02/2024 | 33 | CIVIL CASE MANAGEMENT PLAN *[Proposed]* by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO. (Jorgensen, Sarah) (Entered: 10/02/2024) |
| 10/09/2024 | 34 | CIVIL CASE MANAGEMENT PLAN *Defendant's Letter to Judge Hummel re Clarification of Civil Case Management Plan* by Walter T. Mosley. (McCabe, Gavin) (Entered: 10/09/2024) |
| 10/09/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Initial Pretrial Conference held on 10/9/2024 by telephone [10:30am–10:40am] Appearances by Sarah Jorgensen, Esq. and Brian Baran, Esq. for Plaintiffs; AAG Gavin McCabe, AAG Laura Mirman–Heslin, and AAG Timothy Hoffman, for the Defendants. The Court opts the case out of mandatory mediation. Parties advise the Court as to the posture of the case and their intentions to file motions and that no discovery is necessary. The Court sets a Motion filing deadline of 11/5/2024. A briefing schedule for anticipated motions will be set forth under separate notice. (tab) (Entered: 10/17/2024) |
| 10/17/2024 | 35 | TEXT ORDER: The Court held a Rule 16 Initial Conference with the parties on 10/9/2024. The Court, sua sponte, exempts this matter from the Mandatory Mediation Program. SO ORDERED. Authorized by Magistrate Judge Christian F. Hummel on 10/17/2024. (tab) (Entered: 10/17/2024) |
| 10/24/2024 | 36 | COURT NOTICE of Hearing: A Status Conference is set for Tuesday, 10/29/2024 @ 11:00 AM before Magistrate Judge Christian F. Hummel to address Dkt. no. 34 – seeking clarification. **The conference will be conducted by telephone. Counsel are to DIAL IN @ 518–217–2288 and use Conference ID 446 241 675 # to connect to the conference call**(tab) (Entered: 10/24/2024) |
| 10/29/2024 | | Text Minute Entry for proceedings held before Magistrate Judge Christian F. Hummel: Status Conference held on 10/29/2024 by telephone. [11:00am–11:10am] Appearances by Sarah Jorgensen, Esq. and Brian Baran, Esq. for plaintiff; AAG Gavin McCabe, AAG Tim Hoffman, AAG Laura Mirman–Heslin and AAG Christopher Gore, for Defendants. The Court and parties discuss anticipated motions and clarifications are made. Motions are to be filed by 11/5/2024; responses due by 12/10/2024 and replies set for 12/20/2024. (tab) (Entered: 11/05/2024) |
| 11/05/2024 | 37 | MOTION for Summary Judgment filed by New York Propane Gas Association, National Propane Gas Association, Northeast Hearth, Patio and Barbecue Association, Plumbing Contractors Association of Long Island, Mulhern Gas Co., Inc., Licensed Plumbing Association of New York City, Inc., Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, Plumbers Local Union No. 200, International Brotherhood of Electrical Workers Local Union 97, Transport Workers |

|  |  | Union Local 101, AFL–CIO, New York State Builders Association, National Association of Home Builders. Motion returnable before Judge Glenn Suddaby. Response to Motion due by 11/26/2024. Reply to Response to Motion due by 12/3/2024 (Attachments: # 1 Memorandum of Law, # 2 Statement of Material Facts, # 3 Exhibit(s) 1 – June 2024 Council Minutes, # 4 Exhibit(s) 2 – July 2024 Council Minutes, # 5 Exhibit(s) 3 – Cummings Decl., # 6 Exhibit(s) 4 – Kaminski Decl., # 7 Exhibit(s) 5 – Fazio Decl., # 8 Exhibit(s) 6 – Ward Decl., # 9 Exhibit(s) 7 – Nanula Decl., # 10 Exhibit(s) 8 – Arpino Decl., # 11 Exhibit(s) 9 – Giannavola Decl., # 12 Exhibit(s) 10 – Schaffer Decl., # 13 Exhibit(s) 11 – Holmes Decl., # 14 Exhibit(s) 12 – Guidice Decl., # 15 Exhibit(s) 13 – Shelby Decl., # 16 Exhibit(s) 14 – Brooks Decl., # 17 Exhibit(s) 15 – Lundin Decl., # 18 Certificate of Service) (Jorgensen, Sarah) (Entered: 11/05/2024) |
| 11/05/2024 | 38 | MOTION for Judgment on the Pleadings *seeking dismissal based on lack of subject matter jurisdiction* filed by Walter T. Mosley. Motion returnable before Judge Glenn T. Suddaby Response to Motion due by 11/26/2024. Reply to Response to Motion due by 12/3/2024 (Attachments: # 1 Memorandum of Law in support of motion for judgment on the pleadings) (McCabe, Gavin) (Entered: 11/05/2024) |
| 11/08/2024 | 39 | Consent MOTION to Intervene filed by New York Geothermal Energy Organization, PUSH Buffalo. Response to Motion due by 12/2/2024 (Attachments: # 1 Proposed Order/Judgment, # 2 Memorandum of Law, # 3 Declaration of Bill Nowak, # 4 Declaration of Dawn Wells–Clyburn) Motions referred to Christian F. Hummel. (Ladin, Dror) (Entered: 11/08/2024) |
| 11/08/2024 | 40 | ANSWER to 1 Complaint,,,, by New York Geothermal Energy Organization, PUSH Buffalo.(Ladin, Dror) (Entered: 11/08/2024) |
| 11/08/2024 | 41 | NOTICE OF APPEARANCE by Meagan Burton on behalf of New York Geothermal Energy Organization, PUSH Buffalo (Burton, Meagan) (Entered: 11/08/2024) |
| 11/25/2024 | 42 | ORDER granting 39 Motion to Intervene. Intervenors New York Geothermal Energy Organization and PUSH Buffalo may participate as defendants for the limited purpose of opposing Plaintiffs' motion for summary judgment. It is further ORDERED that Intervenors' brief in opposition is limited to 15 pages, and that Plaintiffs may address both opposition briefs in a single reply of up to 20 pages, and that all briefs will follow the existing briefing schedule. Signed by U.S. District Judge Glenn T Suddaby on 11/25/2024. (sal ) (Entered: 11/25/2024) |
| 12/04/2024 | 43 | MOTION for Leave to File *Amicus Curiae Brief in Support of Plaintiff's Motion for Summary Judgment regarding Federal Preemption* filed by Air Conditioning, Heating, and Refrigeration Institute. Response to Motion due by 12/26/2024 (Attachments: # 1 Amicus Brief in Support of Plaintiff's Motion for Summary Judgment regarding Federal Preemption) Motions referred to Christian F. Hummel. (Koons, Erik) (Entered: 12/04/2024) |
| 12/04/2024 | 44 | NOTICE OF APPEARANCE by Erik T. Koons on behalf of Air Conditioning, Heating, and Refrigeration Institute (Koons, Erik) (Entered: 12/04/2024) |
| 12/04/2024 | 45 | Letter Motion from Gavin G. McCabe for Walter T. Mosley requesting Leave to exceed page limitation by up to 5 pages (L.R. 7.1(b)(1)) submitted to Judge Suddaby . (McCabe, Gavin) (Entered: 12/04/2024) |
| 12/05/2024 | 46 | TEXT ORDER granting Defendant Mosley's 45 letter–motion requesting to file a response in opposition to Plaintiff's 37 motion for summary judgment exceeding the 25–page limit not to exceed 30 pages. SO ORDERED by U.S. District Judge Glenn T Suddaby on 12/5/2024. (sal) (Entered: 12/05/2024) |
| 12/05/2024 | 47 | TEXT ORDER granting AHRI'S 43 Motion for Leave to File an Amicus Brief in Support of Plaintiff's Motion for Summary Judgment regarding Federal Preemption, which is attached to Dkt. No. 43 . SO ORDERED by U.S. District Judge Glenn T Suddaby on 12/5/2024. (sal ) (Entered: 12/05/2024) |
| 12/10/2024 | 48 | RESPONSE in Opposition re 37 Motion for Summary Judgment,,,,, filed by Walter T. Mosley. (Attachments: # 1 Rule 56.1 Response)(McCabe, Gavin) (Entered: 12/10/2024) |

| 12/10/2024 | 49 | RESPONSE in Opposition re 37 Motion for Summary Judgment,,,,, filed by New York Geothermal Energy Organization, PUSH Buffalo. (Ladin, Dror) (Entered: 12/10/2024) |
| 12/10/2024 | 50 | MEMORANDUM OF LAW re 38 Motion for Judgment on the Pleadings, filed by New York Propane Gas Association, National Propane Gas Association, Northeast Hearth, Patio and Barbecue Association, Plumbing Contractors Association of Long Island, Mulhern Gas Co., Inc., Licensed Plumbing Association of New York City, Inc., Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, Plumbers Local Union No. 200, International Brotherhood of Electrical Workers Local Union 97, Transport Workers Union Local 101, AFL–CIO, New York State Builders Association, National Association of Home Builders. (Attachments: # 1 Exhibit(s) 1, # 2 Declaration of Brian C. Baran ISO Pltfs' Opposition to Motion for Judgment on the Pleadings)(Jorgensen, Sarah) (Entered: 12/10/2024) |
| 12/13/2024 | 51 | MOTION for Leave to File *Amicus Brief* filed by Sierra Club. Response to Motion due by 1/3/2025 (Attachments: # 1 Amicus Brief) Motions referred to Christian F. Hummel. (Lee, Bridget) (Entered: 12/13/2024) |
| 12/13/2024 | 52 | MOTION for Leave to File *Brief as Amicus Curiae in Support of Defendant and Intervenors' Opposition to Plaintiffs' Motion for Summary Judgment* filed by Guarini Center on Environmental, Energy and Land Use Law. Response to Motion due by 1/3/2025 (Attachments: # 1 Exhibit(s) Proposed Brief of Guarini Center as Amicus Curiae) Motions referred to Christian F. Hummel. (Mattison, Nathaniel) (Entered: 12/13/2024) |
| 12/20/2024 | 53 | REPLY to Response to Motion re 38 Motion for Judgment on the Pleadings, filed by Walter T. Mosley. (McCabe, Gavin) (Entered: 12/20/2024) |
| 12/20/2024 | 54 | REPLY to Response to Motion re 37 Motion for Summary Judgment,,,,, filed by New York Propane Gas Association, National Propane Gas Association, Northeast Hearth, Patio and Barbecue Association, Plumbing Contractors Association of Long Island, Mulhern Gas Co., Inc., Licensed Plumbing Association of New York City, Inc., Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, Plumbers Local Union No. 200, International Brotherhood of Electrical Workers Local Union 97, Transport Workers Union Local 101, AFL–CIO, New York State Builders Association, National Association of Home Builders. (Attachments: # 1 Plaintiffs' Reply to Defendant's Statement of Additional Material Facts in Dispute)(Jorgensen, Sarah) (Entered: 12/20/2024) |
| 01/15/2025 | 55 | TEXT ORDER REASSIGNING CASE. Case reassigned to U.S. Magistrate Judge Paul J. Evangelista for all further proceedings. Magistrate Judge Christian F. Hummel no longer assigned to case. Authorized by Chief Judge Brenda K. Sannes on 1/15/2025. (tab) (Entered: 01/15/2025) |
| 02/25/2025 | 56 | TEXT ORDER granting 51 Motion for Leave to File an Amicus Brief filed by Sierra Club. Signed by U.S. District Judge Glenn T Suddaby on 2/25/2025. (sal) (Entered: 02/25/2025) |
| 02/25/2025 | 57 | AMICUS BRIEF filed by Sierra Club. (sal) (Entered: 02/25/2025) |
| 02/25/2025 | 58 | TEXT ORDER granting 52 Motion of the Guarini Center on Environmental, Engery and Land Use Law for leave to file a Brief as Amicus Curiae in Support of Defendant and Intervenors' Opposition to Plaintiff's Motion for Summary Judgment. SO ORDERED by U.S. District Judge Glenn T Suddaby on 2/25/2025. (sal ) (Entered: 02/25/2025) |
| 02/25/2025 | 59 | AMICUS BRIEF of the Guarini Center on Environmental, Energy and Land Use Law in Support of Defendant and Intervenors' Opposition to Plaintiff's Motion for Summary Judgment. (sal ) (Entered: 02/25/2025) |
| 02/28/2025 | 60 | NOTICE by Walter T. Mosley *Withdrawal of Counsel* (McCabe, Gavin) (Entered: 02/28/2025) |
| 03/20/2025 | 61 | NOTICE by Walter T. Mosley re 48 Response in Opposition to Motion , *Notice of Supplemental Authority in Support of Opposition* (Attachments: # 1 Exhibit(s) 1)(Mirman–Heslin, Laura) (Entered: 03/20/2025) |

| 03/21/2025 | 62 | NOTICE by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO re 38 MOTION for Judgment on the Pleadings *seeking dismissal based on lack of subject matter jurisdiction* filed by Walter T. Mosley. Motion returnable before Judge Glenn T. Suddaby (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B–1, # 3 Exhibit(s) B–2, # 4 Exhibit(s) C, # 5 Exhibit(s) D)(Jorgensen, Sarah) (Entered: 03/21/2025) |
| 03/26/2025 | 63 | NOTICE by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO *Plaintiffs' Response to Defendant's Notice of Supplemental Authority (Dkt. 61)* (Jorgensen, Sarah) (Entered: 03/26/2025) |
| 07/23/2025 | 64 | DECISION AND ORDER that Defendants motion for judgment on the pleadings (Dkt. No. 38 ) is DENIED. Plaintiffs' motion for summary judgment (Dkt. No. 37 ) is DENIED. Plaintiffs have TWENTY–ONE (21) days to show cause as to why the Court should not grant judgment as a matter of law to Defendant on the sole claim of preemption and dismiss Plaintiffs' Complaint. SO ORDERED by U.S. District Judge Glenn T Suddaby on 7/23/2025. (sal ) (Entered: 07/23/2025) |
| 07/23/2025 | | Set Deadlines: Notice of Compliance Deadline 8/13/2025. (sal) (Entered: 07/23/2025) |
| 07/25/2025 | 65 | RESPONSE TO ORDER TO SHOW CAUSE filed by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO. (Jorgensen, Sarah) (Entered: 07/25/2025) |
| 08/21/2025 | 66 | TEXT ORDER granting judgment as a matter of law to Defendant on Plaintiffs' sole claim of preemption, and dismissing Plaintiffs' Complaint (Dkt. No. 1 ), for the reasons stated in the Court's Decision and Order of July 23, 2025, and Plaintiffs response to the Court's Order to Show Cause at the end of that Decision and Order (Dkt. No. 64 ). The Court adds only that its finding that (as a matter of law) the EPCA does not preempt the relevant New York laws challenged in this case warrants such a disposition despite the fact that Defendant did not move for summary judgment, because Plaintiffs moved for summary judgment on the issue in question (and thus had notice and a reasonable opportunity to respond regarding it). Fed. R. Civ. P. 56(f). SO ORDERED by U.S. District Judge Glenn T Suddaby on 8/21/2025. (sal ) (Entered: 08/21/2025) |
| 08/21/2025 | 67 | JUDGMENT that, pursuant to the Decision and Order (Dkt. No. 28 ) issued on August 29, 2024 by the Honorable Glenn T. Suddaby, Defendants' motion to dismiss (Dkt. No. 19 ) is GRANTED in part and DENIED in part without prejudice, such that Plaintiff's claims against Defendants New York Department of State, Code Council, and members of the Code Council sued in their official capacity are DISMISSED without prejudice pursuant to the Eleventh Amendment. Pursuant to the Decision and Order (Dkt. No. 64 ) issued on July 23, 2025 by the Honorable Glenn T. Suddaby, Defendant Mosley's motion for judgment on the pleadings (Dkt. No. 38 ) is DENIED. Plaintiffs' motion for summary judgment (Dkt. No. 37 ) is DENIED. Plaintiffs had twenty–one (21) days to show cause as to why the Court should not grant judgment as a matter of law to Defendant Mosley on the sole claim of preemption and dismiss Plaintiffs' Complaint. Id.. A response to the order to show cause was thereafter filed on July 25, |

| | | |
|---|---|---|
| | | 2025 by Plaintiffs. See Dkt. No. 65 . A Text Order (Dkt. No. 66 ) was issued on August 21, 2025 by the Honorable Glenn T. Suddaby granting judgment as a matter of law to Defendant Mosley, on Plaintiffs' sole claim of preemption, and dismissing Plaintiffs' Complaint (Dkt. No. 1 ), for the reasons stated in the Court's Decision and Order of July 23, 2025, and Plaintiffs response to the Court's Order to Show Cause at the end of that Decision and Order (Dkt. No. 64 ). The Court adds only that its finding that (as a matter of law) the EPCA does not preempt the relevant New York laws challenged in this case warrants such a disposition despite the fact that Defendant did not move for summary judgment, because Plaintiffs moved for summary judgment on the issue in question (and thus had notice and a reasonable opportunity to respond regarding it). Fed. R. Civ. P. 56(f). Id. All of the above pursuant to the Decision and Order dated August 29, 2024, the Decision and Order dated July 23, 2025, and the Text Order entered on August 21, 2025 all issued by the Honorable Glenn T. Suddaby. Dkt. Nos. 28 , 64 , and 66 . (sal ) (Entered: 08/21/2025) |
| 08/22/2025 | 68 | NOTICE OF APPEAL as to 67 Judgment,,,,,,,, by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO. Filing fee $ 605, receipt number ANYNDC–7258750. (Jorgensen, Sarah) (Entered: 08/22/2025) |
| 08/22/2025 | 69 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re 68 Notice of Appeal. (ham) (Entered: 08/22/2025) |
| 09/10/2025 | 70 | MOTION for Preliminary Injunction *re Injunction Pending Appeal* filed by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO. Motion returnable before Judge Glenn Suddaby Response to Motion due by 10/1/2025. Reply to Response to Motion due by 10/8/2025 (Attachments: # 1 Memorandum of Law in Support of Plaintiffs' Motion for Injunction Pending Appeal, # 2 Exhibit(s) 1, # 3 Exhibit(s) 2, # 4 Exhibit(s) 3, # 5 Exhibit(s) 4, # 6 Exhibit(s) 5, # 7 Exhibit(s) 6, # 8 Exhibit(s) 7, # 9 Exhibit(s) 8, # 10 Exhibit(s) 9, # 11 Exhibit(s) 10, # 12 Exhibit(s) 11, # 13 Exhibit(s) 12, # 14 Exhibit(s) 13, # 15 Exhibit(s) 14, # 16 Exhibit(s) 15, # 17 Exhibit(s) 16, # 18 Exhibit(s) 17, # 19 Certificate of Service) (Jorgensen, Sarah) (Entered: 09/10/2025) |
| 10/01/2025 | 71 | RESPONSE in Opposition re 70 Motion for Preliminary Injunction,,,,, filed by Walter T. Mosley. (Attachments: # 1 Declaration, # 2 Affirmation)(Hoffman, Timothy) (Entered: 10/01/2025) |
| 10/08/2025 | 72 | REPLY to Response to Motion re 70 Motion for Preliminary Injunction,,,,, *Reply in Support of Plaintiffs' Motion for Injunction Pending Appeal* filed by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, AFL–CIO. (Jorgensen, Sarah) (Entered: 10/08/2025) |
| 11/03/2025 | 73 | NOTICE by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association of New York City, Inc., Mulhern Gas Co., Inc., National Association of Home Builders, National Propane Gas Association, New York Propane Gas Association, New York State Builders Association, Northeast Hearth, Patio and Barbecue Association, Plumbers Local Union No. 200, Plumbing Contractors Association of Long Island, Transport Workers Union Local 101, |

| | | |
|---|---|---|
| | | AFL–CIO *Plaintiffs' Notice of Intent to Seek an Injunction Pending Appeal in the Second Circuit* (Jorgensen, Sarah) (Entered: 11/03/2025) |
| 11/12/2025 | 74 | STIPULATION re 73 Notice (Other),, 72 Reply to Response to Motion,, 71 Response in Opposition to Motion, 70 MOTION for Preliminary Injunction *re Injunction Pending Appeal* filed by Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Licensed Plumbing Association by Walter T. Mosley submitted to Judge Suddaby. (Attachments: # 1 Letter Request to Court)(Hoffman, Timothy) (Entered: 11/12/2025) |
| 11/18/2025 | 75 | STIPULATION AND ORDER SETTLING 70 MOTION FOR INJUNCTION PENDING APPEAL. Signed by U.S. District Judge Glenn T Suddaby on 11/18/2025. (sal ) (Entered: 11/18/2025) |
| 11/18/2025 | 76 | Supplemental Electronic Certification transmitted to US Court of Appeals re 68 Notice of Appeal. Please take notice that on November 18, 2025 the Honorable Glenn T. Suddaby approved a Stipulation settling the motion for injunction (Dkt. No. 70 ) pending appeal. This notice serves to inform you of this information. (sal) (Entered: 11/18/2025) |