**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: December 4, 2025
Docket #: 25-2041
Short Title: Mulhern Gas Co., Inc. v. Mosley

DC Docket #: 1:23-cv-1267
DC Court: NDNY (SYRACUSE)
DC Judge: Trial Judge - Glenn T. Suddaby

## NOTICE OF DEFECTIVE FILING

On December 03, 2025 the Intervenor Brief, on behalf of the Intervenor New York Geothermal Energy Organization, PUSH Buffalo, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

______ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
______ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
______ Missing motion information statement *(T-1080 - Local Rule 27.1)*
______ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
______ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
______ Improper proof of service *(FRAP 25)*
    ______ Missing proof of service
    ______ Served to an incorrect address
    ______ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
______ Failure to submit document in digital format *(Local Rule 25.1)*
______ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here for instructions on how to make PDFs text searchable
______ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
______ Failure to file special appendix *(Local Rule 32.1)*
**_XX_ Defective cover *(FRAP 32)***
    **_XX_ Incorrect caption *(FRAP 32)* – missing "Defendants" listed, see "Other" on next page**
    ______ Wrong color cover *(FRAP 32)*
    ______ Docket number font too small *(Local Rule 32.1)*
______ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
______ Incorrect font *(FRAP 32)*
______ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
______ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
______ Untimely filing
______ Incorrect Filing Event

**XX Other: Incomplete caption. Please correct by amending the cover so it reflects the full caption as shown on the docket (see below) and refile using the same filing type as your previous filing.**

**Please DO NOT use the "Corrected Brief" filing type.**

**If hard copies of your brief were already sent out the Court, please send 6 corrected covers only.**

**Mulhern Gas Co., Inc., New York State Builders Association, National Association of Home Builders, New York Propane Gas Association, National Propane Gas Association, Northeast Hearth, Patio and Barbecue Association, Plumbing Contractors Association of Long Island, Licensed Plumbing Association of New York City, Inc., DBA Master Plumbers Council of the City of New York, Holmes Mech. LLC, International Brotherhood of Electrical Workers Local 1049, International Brotherhood of Electrical Workers Local Union 97, Plumbers Local Union No. 200, Transport Workers Union Local 101, AFL-CIO,**

**Plaintiffs - Appellants,**

**v.**

**Walter T. Mosley, in his official capacity as New York Secretary of State and member of the State Fire Prevention and Building Code Council, formerly known as Robert J. Rodriguez,**

**Defendant - Appellee,**

**New York Geothermal Energy Organization, PUSH Buffalo,**

**Intervenor-Defendants,**

***New York Department of State, New York State Fire Prevention and Building Code Council, James Cable, in their official capacities as members of the State Fire Prevention and Building Code Council, RuthAnne Visnauskas, in their official capacities as members of the State Fire Prevention and Building Code Council, Roberta Reardon, in their official capacities as members of the State Fire Prevention and Building Code Council, Eric Adams, in their official capacities as members of the State Fire Prevention and Building Code Council, Michael Spano, in their official capacities as members of the State Fire Prevention and Building Code Council, Joseph M. DeStefano, in their official capacities as members of the State Fire Prevention and Building Code Council, Claudia Braymer, in their official capacities as members of the State Fire Prevention and Building Code Council, Joseph Toomey, in their official capacities as members of the State Fire Prevention and Building Code Council, Shawn Hamlin, in their official capacities as members of the State Fire Prevention and Building Code Council, Timothy DeRuyscher, in their official capacities as members of the State Fire Prevention and Building Code Council, Robert Hughes, in their official capacities as members of the State Fire Prevention and Building Code Council,***

***William W. Tuyn, in their official capacities as members of the State Fire Prevention and Building Code Council, Patrick Dolan, in their official capacities as members of the State Fire Prevention and Building Code Council, Dominic Marinelli, in their official capacities as members of the State Fire Prevention and Building Code Council,***

***Defendants.***

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **December 8, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.