

**NORTHEAST REGIONAL OFFICE**

48 WALL STREET, 15TH FLOOR
NEW YORK, NY 10005-2903
T: 212.845.7376
F: 212.918.1556

March 27, 2026

<u>**VIA ACMS**</u>
Catherine O'Hagan Wolfe, Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     ***Mulhern Gas Co., Inc. v. Mosley*** **No. 25-2041**

Dear Ms. Wolfe,

Intervenors-Appellees submit this Rule 28(j) letter to update the Court about recent decisions addressing the preemptive scope of the Energy Policy and Conservation Act (EPCA). During the January 30, 2026 argument, the Court asked the undersigned about other pending proceedings addressing whether laws prohibiting indoor fossil fuel combustion are preempted by EPCA. In the past two days, courts in the District of Maryland and the District of Columbia resolved two of the challenges to such laws, agreeing that EPCA does not preempt them.

First, on March 25, a court in the District of Maryland addressed a bill in Montgomery County, Maryland, that "effectively bans gas appliances in any new construction." *Nat'l Ass'n of Home Builders v. Montgomery Cnty*, No. 8:24-cv-03024 (D. Md. Mar. 25, 2026), Attachment A at 5. The Court concluded that such a ban "simply does not regulate 'energy use' as the term is understood in the EPCA," and "does not 'concern' the energy use of a covered product." *Id.* at 12; *accord* Intervenors Br. 21–22, 34–38.

The next day, a court in the District of Columbia addressed the Clean Energy D.C. Building Code Amendment Act of 2022, which prohibits "[o]n-site combustion of fossil fuels . . . for the provision of thermal energy" in covered buildings. *Nat'l Ass'n of Home Builders v. District of Columbia*, No. 24-cv-02942 (D.D.C. Mar. 26, 2026), Attachment B at 6. The court rejected the argument that EPCA preempted the D.C. law, finding that such a reading of EPCA "strains the statutory text, context, and history beyond what they can bear." *Id.* at 9. Instead, EPCA's text, building code exception, and waiver provision all confirm that "EPCA preempts only laws that impose additional performance standards for appliances on top of federally established ones." *Id.* at 20; *accord* Intervenors Br. 21–22, 25–33.

Respectfully,

*/s/ Dror Ladin*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(917) 410-8701
dladin@earthjustice.org

*Attorney for Intervenors-Defendants-Appellees New York Geothermal Organization and PUSH Buffalo*