**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-2041

Caption [use short title]

**Motion for:** a 21-Day Extension of Time to Petition for Rehearing

Mulhern Gas Co., Inc., et al.,

                                        Plaintiffs-Appellants

Set forth below precise, complete statement of relief sought:

Plaintiffs respectfully request a 21-day extension of time to file a petition for panel rehearing or rehearing en banc, until August 4, 2026.

v.

Walter T. Mosley, in his official capacity as New York Secretary of State and member of the State Fire Prevention and Building Code Council

                                        Defendant-Appellee

**MOVING PARTY:** Plaintiffs          **OPPOSING PARTY:** Defendant

☑ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner          ☐ Appellee/Respondent

**MOVING ATTORNEY:** Sarah O. Jorgensen          **OPPOSING ATTORNEY:** Dustin Brockner

[name of attorney, with firm, address, phone number and e-mail]

Reichman Jorgensen Lehman & Feldberg LLP          New York State Office of the Attorney General

1201 Peachtree St., Suite 2300, Atlanta, GA 30309          The Capitol, Albany, NY 12224

Tel.: (650) 623-1401 / sjorgensen@reichmanjorgensen.com          Tel.: (518) 776-2017 / dustin.brocker@ag.ny.gov

Court- Judge/ Agency appealed from: U.S. District Court for the Northern District of New York - Hon. Glenn T. Suddaby

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?          ☐ Yes  ☐ No
Has this relief been previously sought in this court?          ☐ Yes  ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?          ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?          ☑ Yes  ☐ No   If yes, enter date: argued Jan. 30, 2026; decided June 30, 2026

**Signature of Moving Attorney:**

/s/ Sarah O. Jorgensen  **Date:** 7/1/26          Service : ☑ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 25-2041

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

MULHERN GAS CO., INC.; NEW YORK STATE BUILDERS ASSOCIATION; NATIONAL ASSOCIATION OF HOME BUILDERS; NEW YORK PROPANE GAS ASSOCIATION; NATIONAL PROPANE GAS ASSOCIATION; NORTHEAST HEARTH, PATIO AND BARBECUE ASSOCIATION; PLUMBING CONTRACTORS ASSOCIATION OF LONG ISLAND; LICENSED PLUMBING ASSOCIATION OF NEW YORK CITY, INC., d/b/a Master Plumbers Council of the City of New York; HOLMES MECH. LLC; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 1049; PLUMBERS LOCAL UNION NO. 200; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 97; and TRANSPORT WORKERS UNION LOCAL 101, AFL-CIO,

*Plaintiffs-Appellants,*

v.

WALTER T. MOSLEY, in his official capacity as New York Secretary of State and member of the State Fire Prevention and Building Code Council, formerly known as Robert J. Rodriguez

*Defendant-Appellee,*

NEW YORK GEOTHERMAL ENERGY ORGANIZATION, PUSH BUFFALO,

*Intervenor-Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of New York, No. 1:23-cv-01267

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO PETITION FOR REHEARING

Brian C. Baran
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington, DC 20006
(202) 894-7310
bbaran@reichmanjorgensen.com

Sarah O. Jorgensen
REICHMAN JORGENSEN
 LEHMAN & FELDBERG LLP
1201 W. Peachtree St., Suite 2300
Atlanta, GA 30309
(650) 623-1401
sjorgensen@reichmanjorgensen.com

*Counsel for Plaintiffs-Appellants*

## UNOPPOSED MOTION FOR A 21-DAY EXTENSION OF TIME TO PETITION FOR REHEARING

Plaintiffs-Appellants move under Appellate Rules 26(b) and 27 and Local Rule 27.1 for a 21-day extension of the time to file a petition for panel rehearing or rehearing en banc in this case, until August 4, 2026. Plaintiffs have not previously requested or received an extension of this deadline.

Any petition for rehearing is currently due July 14, 2026. Given the short timeframe, Plaintiffs respectfully request a ruling by Friday, July 10.

Plaintiffs have notified counsel for all other parties. No party objects to the requested extension or intends to file a response to this motion.

A modest 21-day extension is warranted. Given Plaintiffs' counsels' competing professional and personal commitments, the upcoming Independence Day holiday, and the size and diversity of the plaintiff groups in this and the companion case, Plaintiffs need additional time to determine whether to file a petition and, if so, to prepare the petition. Plaintiffs' lead counsel is on a family vacation overseas from June 25 through July 3. Counsel also have several professional obligations overlapping with the time to file a petition for rehearing, including a petition for a writ of certiorari in *Allen v. Stein*, No. 24-1954 (4th Cir.) (due July 20); an opposition to a motion to dismiss in *Colorado Natural Gas, Inc. v. Public Utilities Commission of Colorado*, No. 2026CV031821 (Denv. Colo. Dist. Ct.) (due July 21); and an urgent habeas petition

challenging a U visa applicant's detention without process by federal immigration officers in the Western District of Pennsylvania. Moreover, the thirteen Plaintiffs—a mix of small businesses, trade associations, and unions—need more time than in the typical case to coordinate among themselves and with the plaintiff group in the companion case, *Association of Contracting Plumbers of the City of New York, Inc. v. City of New York*, No. 25-977, to determine whether and in what forum to seek further review.

For these reasons, Plaintiffs respectfully request that the Court extend the deadline to file a petition for panel rehearing or rehearing en banc to August 4, 2026.

Respectfully submitted,

/s/ Sarah O. Jorgensen

| | |
|---|---|
| Brian C. Baran | Sarah O. Jorgensen |
| REICHMAN JORGENSEN | REICHMAN JORGENSEN |
| LEHMAN & FELDBERG LLP | LEHMAN & FELDBERG LLP |
| 1909 K Street NW, Suite 800 | 1201 West Peachtree Street, |
| Washington, DC 20006 | Suite 2300 |
| (202) 894-7310 | Atlanta, GA 30309 |
| bbaran@reichmanjorgensen.com | (650) 623-1401 |
| | sjorgensen@reichmanjorgensen.com |

*Counsel for Plaintiffs-Appellants*

July 1, 2026

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Second Circuit Local Rules because it has been prepared using a proportionally spaced typeface and contains 350 words.

Dated: July 1, 2026                              /s/ Sarah O. Jorgensen
                                                 Sarah O. Jorgensen