# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 17, 2026

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Association of Contracting Plumbers of the City of New York, Inc., et al.
v. City of New York, New York, et al.
No. 26-648
(Your No. 25-977, 25-2041)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 13, 2026 and placed on the docket November 17, 2026 as No. 26-648.

Sincerely,

**Scott S. Harris**, Clerk

by

Irma Orellana
Case Analyst